# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1529
Lower Tribunal No. F08-20754B
_____

**Julius Latavius Simpson,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Law Offices of Richard Rosenbaum, and Richard L. Rosenbaum (Fort Lauderdale), for appellant.

Ashley Moody, Attorney General and Michael W. Mervine, Chief Assistant Attorney General, for appellee.


Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.